UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -   x
                                :
UNITED STATES OF AMERICA        :       INFORMATION
                                :
          - v. -                :       19 Cr. 384 (CS)
                                :
LOUIS V. MAIELLO,               :
     a/k/a "Louis Defilipo,"    :
     a/k/a "Louis Desena,"      :
     a/k/a "Louis Morelli,"     :
                                :
          Defendant.            :
                                :
- - - - - - - - - - - - - - -   x

### COUNT ONE
### (Theft of Firearms)

The United States Attorney charges:

1.   On or about April 9, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, did steal firearms which had previously moved in interstate and foreign commerce, to wit:

          a.   a Patriots Ordnance Factory, .223 Remington caliber semi-automatic rifle;

          b.   a Glock, model 17, 9mm caliber, semi-automatic handgun, serial number BKBF408;

          c.   a Heckler & Koch, model VP9SK, 9 mm caliber, semi-automatic handgun, serial number 232-037030;

          d.   a Heckler & Koch, model VP9, 9 mm caliber, semi-

automatic handgun, serial number 224-031507;

      e.   a Smith and Wesson, model MP 2.0, .45acp caliber, semi-automatic handgun, serial number NAX3800;

      f.   a Smith and Wesson, model MP Shield, 9mm caliber, semi-automatic handgun, serial number HNA7297; and

      g.   a Smith and Wesson, model MP9, 9mm caliber, semi-automatic handgun, serial number HVE7810.

    (Title 18, United States Code, Sections 924(1) and (2).)

## COUNT TWO
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

2.   From on or about April 9, 2019 through on or about April 13, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, possessed a firearm that had previously been shipped and transported in interstate and foreign commerce, to wit, a Patriots Ordnance Factory, .223 Remington caliber semi-automatic rifle, having previously been convicted of a felony, and did so knowingly.

    (Title 18, United States Code, Sections 922(g)(1) and (2).)

## COUNT THREE
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

3.   On or about April 9, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo,"

2

a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, possessed a firearm that had previously been shipped and transported in interstate and foreign commerce, to wit, a Glock, model 17, 9mm caliber, semi-automatic handgun, serial number BKBF408, having previously been convicted of a felony, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

## COUNT FOUR
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

4.    From on or about April 9, 2019 through on or about April 13, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, possessed a firearm that had previously been shipped and transported in interstate and foreign commerce, to wit, a Heckler & Koch, model VP9SK, 9 mm caliber, semi-automatic handgun, serial number 232-037030, having previously been convicted of a felony, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

## COUNT FIVE
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

5.    On or about April 9, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant,

possessed a firearm that had previously been shipped and transported in interstate and foreign commerce, to wit, a Heckler & Koch, model VP9, 9 mm caliber, semi-automatic handgun, serial number 224-031507, having previously been convicted of a felony, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

### COUNT SIX
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

6.   On or about April 9, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, possessed a firearm that had previously been shipped and transported in interstate and foreign commerce, to wit, a Smith and Wesson, model MP 2.0, .45acp caliber, semi-automatic handgun, serial number NAX3800, having previously been convicted of a felony, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

### COUNT SEVEN
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

7.   From on or about April 9, 2019 through on or about April 13, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, possessed a firearm that had

previously been shipped and transported in interstate and foreign commerce, to wit, a Smith and Wesson, model MP Shield, 9mm caliber, semi-automatic handgun, serial number HNA7297, having previously been convicted of a felony, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

## COUNT EIGHT
### (Felon in Possession of a Firearm)

The United States Attorney further charges:

8.    On or about April 9, 2019, in the Southern District of New York and elsewhere, LOUIS V. MAIELLO, a/k/a "Louis Defilipo," a/k/a "Louis Desena," a/k/a "Louis Morelli," the defendant, possessed a firearm that had previously been shipped and transported in interstate and foreign commerce, to wit, a Smith and Wesson, model MP9, 9mm caliber, semi-automatic handgun, serial number HVE7810, having previously been convicted of a felony, and did so knowingly.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

GEOFFREY S. BERMAN
United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

LOUIS V. MAIELLO,
a/k/a "Louis Defilipo,"
a/k/a "Louis Desena,"
a/k/a "Louis Morelli,"

Defendant.

### INFORMATION

(18 U.S.C. §§ 922(g)(1), 924(1), and 2)

GEOFFREY S. BERMAN
United States Attorney